```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————————————————
JON MORGAN,

                    Plaintiff,         20-cv-1699 (JGK)

     - against -                       ORDER

THE NATURE'S BOUNTY CO.,

                    Defendant.
————————————————————————————————————
```

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 22, 2020.

SO ORDERED.

Dated:    New York, New York
           May 13, 2020          /s/ John G. Koeltl
                                        John G. Koeltl
                            United States District Judge